UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAYQUAN MOSLEY,

            Plaintiff,

            v.

WARDEN CARTER, N.T.C./D.O.C.,/V.C.B.C.;
CAPTAIN GUERRA, N.T.C./D.O.C.,/V.C.B.C.;
CAPTAIN JOHN DOE, N.T.C./D.O.C.,/V.C.B.C.;
CAPTAIN HORTON, N.T.C./D.O.C.,/V.C.B.C.;

            Defendants.

**ORDER**

21 Civ. 9044 (ER)

Ramos, D.J.:

    Tayquan Mosley, who is currently detained in the Bare Hill Correctional Facility, brings this *pro se* action alleging that defendants violated his federal constitutional rights while he was confined in the Vernon C. Bain Center in Bronx, New York. By Order of Service dated December 9, 2021, the Court directed the New York City Law Department to provide to Mosley and the Court the identity and badge number of defendant "Captain John Doe" within 60 days. *See* Doc. 7. The Court then directed Mosley to file an amended complaint—naming the newly identified individual—within 30 days of receiving the information. *See id.*

    Pursuant to that Order, on February 3, 2022, Assistant Corporation Counsel Copatrick Thomas provided Mosley with the names of various captains who supervised the Vernon C. Bain Center intake process on the day Moseley's allegations arose. Doc. 11. To date, Mosley has not filed his amended complaint.

    On July 5, 2022, the Court directed Mosley to file his amended complaint by August 19, 2022. *See* Doc. 12. The Court also requested that a copy of its order, Doc. 12, be mailed to

Mosley. However, on July 20, 2021, the Court received notice that the mailed copy of its order had not reached Mosley and had been returned.

Accordingly, the Clerk of Court is respectfully directed to mail a copy of this order to Mosley at the below address.

    DIN # 22R0903

    181 Brand Rd
    Caller Box #20
    Malone, NY 12953-0020

Mosley's time to submit an amended complaint is extended to September 26, 2022.

It is SO ORDERED.

Dated:   August 17, 2022
          New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.