UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAYQUAN MOSLEY,

                Plaintiff,

        v.

WARDEN CARTER, N.T.C./D.O.C.,/V.C.B.C.;
CAPTAIN GUERRA, N.T.C./D.O.C.,/V.C.B.C.;
CAPTAIN JOHN DOE, N.T.C./D.O.C.,/V.C.B.C.;
*and*
CAPTAIN HORTON, N.T.C./D.O.C.,/V.C.B.C.;

                Defendants.

**ORDER**

21-cv-9044 (ER)

RAMOS, D.J.:

        On October 20, 2021, while incarcerated at the Vernon C. Baine Correctional Center, Tayquan Mosley filed this *pro se* action alleging defendants violated his federal constitutional rights. Doc. 3.

        On December 9, 2021, this Court issued an Order of Service directing the New York City Law Department to provide Mosley and the Court with the identity and badge number of defendant "Captain John Doe" within 60 days. Doc. 7. The Court also directed Mosley to file an amended complaint—naming the newly identified individual—within 30 days of receiving the information. *Id.* Pursuant to the Order, on February 3, 2022, Assistant Corporation Counsel Copatrick Thomas provided Mosley with the names of various captains who supervised the Vernon C. Bain Center intake process on the day Mosley's allegations arose. Doc. 11. As such, Mosley should have filed an amended complaint 30 days later, by March 7, 2022. However, Mosley did not submit an amended complaint.

        On July 1, 2022, after nearly five months of inactivity, defendants filed a letter requesting that the Court issue an Order directing Mosley to file an amended complaint. Doc. 11. This

Court granted that request and ordered Mosley to file an amended complaint by August 19, 2022. Doc. 12.  As of today, Plaintiff has not submitted an amended complaint or filed a notice of change of address with the Clerk's Office Pro Se Intake Unit.

    As Mosley has failed to either (1) file his amended complaint or (2) contact this Court since November 1, 2021— when he filed his complaint and prisoner authorization form for filing fees, Docs. 3 and 4— it is hereby

    ORDERED that Plaintiff, file an amended complaint on or before November 30, 2022. Otherwise, the complaint will be dismissed for lack of prosecution.

It is SO ORDERED.

Dated:   November 9, 2022
           New York, New York

_____
Edgardo Ramos, U.S.D.J.